MINUTES OF SPECIAL MEETING IN THE BOARD OF DIRECTORS OF

ENTERTAINMENT DESIGN & FABRICATION, INC.

A CALIFORNIA CORPORATION

The Board of Directors of Entertainment Design & Fabrication, Inc., A California Corporation, held its Special Meeting of said Board of Directors in accordance with the Bylaws of this corporation, said meeting held on November 17, 2023, at 10:00 a.m. at the corporate offices. Attending the meeting was John Uhern, Eric Olsen ("shareholders"), and Elizabeth A. Uhern ("Secretary").

John Uhern assumed the position of the Chair of the meeting and called the meeting to order. Elizabeth A. Uhern assumed the position as Secretary of the meeting and prepared the Minutes of the Directors Meeting.

RESOLVED, that the CORPORATION file its petition with the United States Bankruptcy Code, Central District of California, at its Los Angeles, California location as soon as practicable for a Chapter 7 of the Bankruptcy Code.

The undersigned hereby certifies that she is the duly elected and qualified Secretary of the CORPORATION and custodian of the books and records and seal of Entertainment Design & Fabrication, Inc., A California Corporation duly formed pursuant to the law of the State of California and that the foregoing is a true record of a resolution duly adopted at a meeting of the CORPORATION and that said meeting was held in accordance with the state law and the Bylaws of the above-named CORPORATION of December 3, 2004, and that said resolution is now in full force and effect without modification or rescission.

IN WITNESS WHEREOF, I have executed my name as Secretary and have hereunto affixed the corporate seal of the above-named CORPORATION on this 17th day of November 2023.

Dated:

_____
Elizabeth A. Uhern as Secretary

_____
John Uhern as Chairman and Shareholder

_____
Eric Olsen, Shareholder