Elissa D. Miller, Trustee
1875 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (213) 626-2311

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

# CONTINUED 341 MEETING

| | |
|---|---|
| In re: | Case No. 23-17959-WB |
| ENTERTAINMENT DESIGN & FABRICATION, | Chapter 7 |
| Debtor(s). | |

PLEASE TAKE NOTICE THAT THE 341 MEETING HAS BEEN CONTINUED TO:

Date: February 13, 2024 Time: 10:00 AM

LOCATION: **Telephonic Meeting**
Here is the dial-in: 866-918-5491 and enter the Participant Code: 9337603

Make the call from a quiet area where there is as little background noise as possible. Do not use a speaker phone. Immediately place your phone on mute. As more than one Meeting will be held during this period, listen for your case to be called. When your case is called, unmute your phone and identify yourself. If you become disconnected before your Meeting is finished, call back.

☐ Please contact the trustee assistant two (2) days prior to the continued meeting date to determine if an appearance is necessary.

DATED: January 16, 2024            /s/ Elissa D. Miller
                                    Elissa D. Miller, Chapter 7 Trustee

I certify that I served the within notice on the above debtor(s) and the debtor(s)' attorney on January 16, 2024.

/s/ Lupe Cortez
Trustee Administrator
Lupe.cortez@gmlaw.com